IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL FURMAN,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>Defendant. | Case No. 3:23-cv-00015-SHL-HCA<br><br>**NOTICE OF SETTLEMENT AGREEMENT** |

COME NOW Plaintiff Michael Furman and Defendant, Guardian Industries, LLC, by and through their respective undersigned counsel, and provide notice that the parties have reached a settlement agreement, and the parties are in the process of completing the terms of the settlement agreement.

Dated: April 3, 2024

*/s/ David Albrecht*
David Albrecht
Ashley Griffin
Fiedler Law Firm, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
Phone: (515) 254-1999
Fax: (515) 254-9923
david@employmentlawiowa.com
ashley@employmentlawiowa.com
ATTORNEYS FOR PLAINTIFF

*/s/ Jesse R. Dill*
Jesse R. Dill (AT0014080)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6410
Facsimile: 414.755.8289
*Jesse.dill@ogletree.com*
ATTORNEY FOR DEFENDANT

2

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Notice of Settlement Agreement was served upon Defendant's counsel through the Court's CM/ECF filing system on April 3, 2024.

/s/ Abby Stauffer